Case 1:08-cv-03774-LAP-MHD   Document 4   Filed 06/04/2008   Page 1 of 2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORTIS CORPORATE INSURANCE a/s/o ARCELORS INTERNATIONAL,

    Plaintiff,

-V-

M/V " OCEAN STARLET" her engines, boilers, etc. and SILVER STREAMS LTD.

    Defendants.

**CERTIFICATE OF MAILING**

08 CV 3774 (LAP)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 4TH day of June, 2008

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 21st day of April, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8606 0479 4528**

_J. Michael McMahon_
CLERK

Dated: New York, NY

# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
JANA SPERRY †◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE  212-220-3830
TELECOPIER  212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN

OF COUNSEL

NEW JERSEY OFFICE:

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE  201-343-0970
TELECOPIER  201-343-5882

June 4, 2008

---

**FedEx Express International Air Waybill** — /0196/0200/0035608945/4 — Sender's Copy

**1. From**
Date: 6/4/08
Sender's FedEx Account Number: 2035-2671-7
Sender's Name: Lawrence C. Glynn, Esq.
Phone: 212 220-3830
Company: NICOLETTI HORNIG, ETC
Address: 88 PINE ST FL 7
City: NEW YORK   State/Province: NY
Country: US   ZIP/Postal Code: 10005

**2. To**
Company: Silver Streams Ltd.
Address: c/o Kaalbye Shipping Ukraine (KSU)
10 ul Bunina
(ul Rozy Lyuksemburg)
City: Odessa
Country: UKRAINE

**3. Shipment Information**
Total Packages: 1
Commodity Description: documents

**4. Express Package Service**: [X] FedEx Intl. Priority

**5. Packaging**: [X] FedEx Envelope

**7a. Payment Bill transportation charges to**: [X] Sender

**7b. Payment Bill duties and taxes to**: [X] Sender

**8. Your Internal Billing Reference**: Our File: 65-771   Case No. 08 CV 3774

FedEx Tracking Number: 8606 0479 4528

521
040