UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
FORTIS CORPORATE INSURANCE a/s/o         :
ARCELORS INTERNATIONAL,                  :
                                         :
                       Plaintiff,        :   08 Civ 3774 (LAP)(MHD)
                                         :
         - against -                     :   **Rule 7.1 Statement**
                                         :
M/V "OCEAN STARLET," her engines, boilers, :
etc., and SILVER STREAMS LTD.            :
                                         :
                       Defendants        :
                                         :
----------------------------------X

     Defendant SILVER STREAMS LTD., by and through its attorneys, Clyde & Co US LLP, states, pursuant to Federal Rule of Civil Procedure 7.1, that it is not publicly held and has no parent company.

Dated: June 25, 2008
      New York, New York

                                                     Respectfully submitted,

                                                     By_____
                                                       Christopher Carlsen
                                                       CLYDE & CO US LLP
                                                     The Chrysler Building
                                                     405 Lexington Avenue, 11th Floor
                                                     New York, New York 10174
                                                     (212) 710-3900

                                                     Attorneys for Defendant
                                                     SILVER STREAMS LTD.