```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FORTIS CORPORATE INSURANCE,         :
                                    :
            Plaintiff,              :     ORDER
                                    :
      -against-                     :     08 Civ. 3774 (LAP)(MHD)
                                    :
M/V "OCEAN STARLET", et al.,        :
                                    :
            Defendants.             :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

7/16/08

It is hereby

ORDERED that an initial conference has been scheduled in the above-captioned action on **WEDNESDAY, JULY 16, 2008 at 3:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        July 10, 2008

                                      SO ORDERED.

                                      _____
                                      MICHAEL H. DOLINGER
                                      UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:


Lawrence Caruso Glynn, Esq.
Nicoletti Hornig & Sweeney
88 Pine Street
7th Floor
New York, NY 10005


Christopher Carlsen, Esq.
Clyde & Co. U.S. LLP
405 Lexington Avenue
New York, NY 10174
Fax: 516-767-7115