UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
                                  :
FORTIS CORPORATE INSURANCE,       :
                                  :
                Plaintiff,        :         **ORDER**
                                  :
        -against-                 :         08 Civ. 3774 (LAP)(MHD)
                                  :
M/V "OCEAN STARLET", et al.,      :
                                  :
                Defendants.       :
                                  :
---------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

Counsel for defendant Silver Streams, Ltd. is to contact the chambers of Judge Loretta A. Preska to schedule a pre-motion conference on its motion to transfer venue. This is to be done by no later than **WEDNESDAY, JULY 23, 2008**.

DATED: New York, New York
       July 16, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Lawrence Caruso Glynn, Esq.
Nicoletti Hornig & Sweeney
88 Pine Street
7th Floor
New York, NY 10005

Christopher Carlsen, Esq.
Clyde & Co. U.S. LLP
405 Lexington Avenue
New York, NY 10174
Fax: 516-767-7115