```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FORTIS CORPORATE INSURANCE,    :    08 CV 3774 (LAP)
                               :
          Plaintiff,           :    ORDER
                               :
     v.                        :
                               :
M/V "OCEAN STARLET," et ano.,  :
                               :
          Defendants.          :
                               :
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

Counsel for plaintiff shall inform the Court by letter as to the status of the action no later than September 19, 2008.

SO ORDERED:

Dated: September 5, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

fortisorder95